# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

NAMASTÉ LABORATORIES, L.L.C., Plaintiff, v. CHEATHAM CHEMICAL CO. d/b/a HOUSE OF CHEATHAM, Defendant

Case Number:

FILED: JUNE 23, 2008
08 CV 3572
JUDGE ANDERSEN
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NAMASTÉ LABORATORIES, L.L.C., Plaintiff    JH

| | |
|---|---|
| NAME (Type or print) <br> Daniel N. Christus | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel N. Christus | |
| FIRM <br> McDermott Will & Emery LLP | |
| STREET ADDRESS <br> 227 West Monroe Street | |
| CITY/STATE/ZIP <br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6189792 | TELEPHONE NUMBER <br> (312) 984-7689 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |