**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>NAMASTÉ LABORATORIES, L.L.C., Plaintiff, v. CHEATHAM CHEMICAL CO. d/b/a HOUSE OF CHEATHAM, Defendant. | Case Number:<br>FILED: JUNE 23, 2008<br>08 CV 3572<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NAMASTÉ LABORATORIES, L.L.C., Plaintiff,                    JH

| |
|---|
| NAME (Type or print)<br>Brent A. Hawkins |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Brent A. Hawkins |
| FIRM<br>McDermott Will & Emery LLP |
| STREET ADDRESS<br>227 W. Monroe Street |
| CITY/STATE/ZIP<br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6243086 | TELEPHONE NUMBER<br>312-984-7764 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐