IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAMASTÉ LABORATORIES, L.L.C., <br> Plaintiff, <br><br> v. <br><br> CHEATHAM CHEMICAL CO. <br> d/b/a HOUSE OF CHEATHAM <br><br> Defendant. | Civil Action No. FILED: JUNE 23, 2008 <br> 08 CV 3572 <br><br> Judge: JUDGE ANDERSEN <br> MAGISTRATE JUDGE COLE <br><br> Magistrate Judge: <br><br> **JURY DEMANDED** JH |

## NAMASTÉ LABORATORIES, L.L.C.' S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Namasté Laboratories, L.L.C. ("Namasté"), states:

1. Namasté has no parent corporations.

2. No publicly held corporation owns 10% or more of the stock of Namasté.

Respectfully submitted,

NAMASTÉ LABORATORIES LLC

Dated:  June 20, 2008

By: /s/Daniel N. Christus
Daniel N. Christus
Brent A. Hawkins
Adele R. Frankel
McDermott Will & Emery, LLP
227 West Monroe Street
Chicago, Illinois  60606-5096

*Attorneys for Plaintiff*
*Namasté Laboratories L.L.C.*

CHI99 4996674-1.077224.0056